LYNN ROSSMAN FARIS (CSB # 96029)
HINA B. SHAH (CSB #179002)
LEONARD, CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA  94612
Tel: (510) 272-0169
Fax: (510) 272-0174

Attorney for Petitioner
International Brotherhood of Electrical Workers
Local 1245

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS AFL-CIO, LOCAL 1245, | ) ) ) ) | Case No. 2:06-CV-0677 WBS-DAD |
| Petitioner, | ) | **FINAL JUDGMENT** |
| v. | ) ) | |
| CITIZENS TELECOMMUNICATIONS CO. OF CALIFORNIA, INC. dba FRONTIER COMMUNICATIONS, | ) ) ) ) | |
| Respondent. | ) ) | |

This action came on for hearing before the Court, on May 15, 2006, Hon. William B.

Shubb, District Judge Presiding, on Petitioner's Motion to Compel Arbitration and Respondent's

Motion to Dismiss, and the evidence presented having been fully considered, the issues having

been duly heard, and a Memorandum and Order having been fully rendered on May 17, 2006,

granting Petitioner's Motion to Compel Arbitration, denying Respondent's Motion to Dismiss

and denying Petitioner's Motion for Attorneys' fees,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Petitioner and against Respondent.

Dated: June 1, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Approved as to form:

_____
Donna M. Mezias
For Respondent

_____
Dated:

[PROPOSED] FINAL JUDGMENT
CASE NO. 2:06-CV-0677 WBS-DAD                    2